SPORTSMEN'S BOATING CORPORATION *v.* CONNECTICUT TAX COMMISSIONER

The plaintiff's petition for certification for appeal from the Superior Court in the judicial district of Hartford-New Britain at Hartford is denied by the court.

*Omar H. Shepard, Jr.,* in support of the petition.

*Ralph G. Murphy* and *Paul M. Scimonelli,* assistant attorneys general, in opposition.

Decided February 13, 1980

FRANCIS J. LODOVICO *v.* ADMINISTRATOR, UNEMPLOYMENT COMPENSATION ACT, ET AL.

The defendant administrator's petition for certification for appeal from the Superior Court in the judicial district of Hartford-New Britain at Hartford is granted by the court.

*Thomas J. Daley,* assistant attorney general, in support of the petition.

Decided February 13, 1980

C. WILLIAM WHARTON ET AL. *v.* ZONING BOARD OF APPEALS OF THE TOWN OF STONINGTON ET AL.

The petition of the plaintiffs Harriet M. Bessette and Albert P. Miller for certification for appeal from the Superior Court in the judicial district of New London is denied by the court.

*James F. Brennan, Jr.,* in support of the petition.

*Peter Gianacoplos,* in opposition.

Decided February 13, 1980